**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
File No.: 03-019339-B01
Douglas McDonough, Esq.
Attorney ID: DM0973
DMcDonough@flwlaw.com
Attorney for Onslow Bay Financial LLC, Secured Creditor

**Order Filed on July 28, 2023**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.: **22-16965-KCF**

Chapter 7

Judge: Kathryn C. Ferguson

In Re:

**John M. Reynolds aka Jack Reynolds aka John Reynolds**

Debtor(s).

# ORDER CONDITIONALLY VACATING STAY ON SEPTEMBER 1, 2023
# AS TO REAL PROPERTY LOCATED AT
# 221 HOWELL AVENUE, SPRING LAKE, NJ 07762

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 28, 2023**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

Debtor: John M. Reynolds aka Jack Reynolds aka John Reynolds
Case No.: **22-16965-KCF**
Caption of Order: **Order Conditionally Vacating Stay On September 1, 2023 As To Real Property Located at 221 Howell Avenue, Spring Lake, NJ 07762**

Upon the motion of Onslow Bay Financial LLC (the "Movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain real property located at 221 Howell Avenue, Spring Lake, NJ 07762, (the "Subject Property"), and the Court having considered the moving papers, and oppositions, and after argument, and for cause shown, it is ORDERED:

1. That the automatic stay is vacated on September 1, 2023 to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the Movant's rights in the real property located at:

    221 Howell Avenue, Spring Lake, NJ 07762

2. If the Trustee files with the Court a copy of a fully executed contract of sale for the Subject Property prior to September 1, 2023, paragraph 1 is void, and the stay shall continue against the Subject Property until further order of the Court.

    a. If the Trustee files a copy of a fully executed contract of sale as specified above, then the Movant may obtain an Order Vacating the Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the basis for the relief sought.

    b. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 7 Trustee, all parties who filed opposition to this motion, and the attorney for the Debtor(s).

3. That the Movant may join the Debtor(s) and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

Debtor: John M. Reynolds aka Jack Reynolds aka John Reynolds
Case No.: **22-16965-KCF**
Caption of Order: **Order Conditionally Vacating Stay On September 1, 2023 As To Real Property Located at 221 Howell Avenue, Spring Lake, NJ 07762**

4. That this Order shall survive the conversion of this case to any other chapter of the Bankruptcy Code and remain in full force and effect.

5. That the Movant shall serve this order on the Debtor, any Trustee and any other party who entered an appearance on the motion.