| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FIDELITY NATIONAL LAW GROUP**<br>103 Eisenhower Parkway, Suite 213<br>Roseland, New Jersey 07068<br>Phone: (973) 863-7171<br>Attorneys for Creditor, Fidelity National Title Insurance Company<br>Conika Majumdar, Esq.<br>R003112 | |
| In Re:<br><br>JOHN M. REYNOLDS<br><br>                Debtor | Case No.:   22-16965<br><br>Chapter:   7<br><br>Judge:   Michael B. Kaplan |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of FIDELITY NATIONAL TITLE INSURANCE COMPANY. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:        FIDELITY NATIONAL LAW GROUP
                            103 Eisenhower Parkway, Suite 213
                            Roseland, New Jersey 07068
                            Attention: Conika Majumdar, Esq.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: September 26, 2023        /s/ Conika Majumdar, Esq.
                                             Signature

*new.8/1/15*