Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 22−16965−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John M. Reynolds
   aka Jack Reynolds, aka John Reynolds
   221 Howell Ave
   Spring Lake, NJ 07762−1708

Social Security No.:
   xxx−xx−4769

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 1/10/24 at 09:00 AM

to consider and act upon the following:

*92* − Creditor's Certification of Default (related document:87 Order (Generic)) filed by Douglas J. McDonough on behalf of Onslow Bay Financial LLC. Objection deadline is 12/27/2023. (Attachments: # 1 Exhibit A− Prior Order # 2 Exhibit B− Copy of Contract # 3 Proposed Order # 4 Certificate of Service) (McDonough, Douglas)

Dated: 12/28/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court