UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In Re: | Case No.: | 22-16965 |
| John M. Reynolds | Chapter: | 13 |
| | Judge: | MBK |

### NOTICE OF PROPOSED PRIVATE SALE

_____John M. McDonnell_____, __the Chapter 7 Trustee__, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk:  Clarkson S. Fisher U.S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Michael B. Kaplan_____ on _____February 1, 2024_____ at __10:00__ a.m. at the United States Bankruptcy Court, courtroom no. __8__, _____402 East State Street Trenton, NJ 08608_____. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold:  221 Howell Ave., Spring Lake, NJ (a/k/a Block 46, Lot 10 on the tax map of Spring Lake Borough, NJ)

Proposed Purchaser:  John Cunningham or a Permitted Assignee

Sale price: $3,635,000.00 plus the forgiveness of approximately $4,100,000.00 in secured debt.

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

Name of Professional:  Brian G. Hannon, Esq.
Amount to be paid:  As allowed by the Court upon application
Services rendered:  Special Counsel to Chapter 7 Trustee

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Brian G. Hannon, Esq.

Address: 184 Grand Avenue, NJ 07631

Telephone No.: 201-871-1333

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16965-MBK |
| John M. Reynolds | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Jan 10, 2024 | Form ID: pdf905 | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John M. Reynolds, 221 Howell Ave, Spring Lake, NJ 07762-1708 |
| cr | + | Fidelity National Title Insurance Company, 601 Riverside Avenue, Jacksonville, FL 32204-2946 |
| cr | + | John Cunningham, New Stream Capital, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| sp | + | Norgaard, O'Boyle & Hannon, 184 Grand Avenue, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| r | + | Ruggeri Realty, LLC, 2008 Rt. 37 East, Ste. 16, Toms River, NJ 08753-7185 |
| ptcrd | + | Vincent Gifford, Law Office of Jules L. Rossi, 560 Main St. 1C, Loch Arbour, NJ 07711-1232 |
| 519696480 | | Allied Digestive Health, 101 Grovers Mill Rd, Lawrenceville, NJ 08648-4706 |
| 519696486 | | Coast Capital Partners, LLC, RR 71, Spring Lake, NJ 07762 |
| 519696491 | + | Essex Fells Country Club, 219 Devon Rd, Essex Fells, NJ 07021-1598 |
| 519714333 | | Jennifer C. Reynolds, 221 Howell Ave, Spring Lake, NJ 07762-1708 |
| 519696494 | | Jersey Shore Anesthesiology, PO Box 307, Neptune, NJ 07754-0307 |
| 519696495 | | John Cunningham, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| 519740020 | + | John Cunningham + Worthington Capital LLC, c/o John Cunningham, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| 519696498 | | Kromer Law Firm, LLC, 208 Main St Ste 201, Asbury Park, NJ 07712-7033 |
| 519696499 | | Lynday E. Rowland, Esq., 1300 Virginia Dr Ste 325, Fort Washington, PA 19034-3223 |
| 519696500 | | Lyndsay E. Rowland, Esq., 13000 Virginia Dr Ste 325, Fort Washington, PA 19034 |
| 519696502 | | New Stream Secured Capital, LP, John Cunningham, Assignee, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| 519740021 | + | New Stream Secured Capital, LP, John Cunningham As, c/o John Cunningham, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| 519696503 | | Oakhurst Ocean Surgical Pavil, PO Box 15273, Wilmington, DE 19850-5273 |
| 519696504 | | OrthopaedicsNew Jersey, 2315 Highway 34 Ste D, Manasquan, NJ 08736-1444 |
| 519696505 | + | Ostrowitz & Ostrowitz, Esqs., 225 Gordons Corner Road, Suite 1-J, Manalapan, NJ 07726-3342 |
| 519696507 | | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 519696508 | | Receivable Collection Services, LLC, 170 Jericho Tpke Ste 204, Floral Park, NY 11001-2024 |
| 519696509 | # | Rubin Ehrlich & Buckley, PC, 3150 US Highway 1 Ste 310, Lawrence, NJ 08648-2420 |
| 519696511 | | Spring Lake Borough, PO Box 638, Spring Lake, NJ 07762-0638 |
| 519696519 | | Tdbnknorth, Greenville, SC 29601 |
| 519696520 | | The Bancorp Bank, 409 Silverside Rd Ste 105, Wilmington, DE 19809-1771 |
| 519696522 | | Vincent Gifford, c/o Kromer Law Firm, LLC, 208 Main St Ste 201, Asbury Park, NJ 07712-7033 |
| 519930278 | + | Vincent Gifford, c/o Law Office of Jules L. Rossi, 560 Main Street 1C, Loch Arbour, NJ 07711-1232 |
| 519696523 | | Waterfall Revenue Grou, 101 Grovers Mill Rd, Lawrenceville, NJ 08648-4706 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 10 2024 20:51:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2024 20:51:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519698103 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

| Recipient ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jan 10 2024 21:04:23 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519696481 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 10 2024 20:50:00 | Apple Card/Gs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 519696482 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 21:04:05 | Cap1/neimn, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 519696484 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 21:04:13 | Capital One, Attn: Bnakruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519696483 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 21:03:50 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519748958 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 10 2024 20:47:53 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519696485 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 10 2024 21:04:33 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519696487 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2024 20:49:36 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519696488 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 10 2024 20:48:15 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519696489 | | Email/Text: mrdiscen@discover.com | Jan 10 2024 20:50:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519732516 | | Email/Text: mrdiscen@discover.com | Jan 10 2024 20:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519696490 | | Email/Text: mrdiscen@discover.com | Jan 10 2024 20:50:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519696492 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 10 2024 20:50:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 519707282 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 21:03:49 | Hackensack, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519696493 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 10 2024 20:50:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 519696496 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 10 2024 20:47:48 | JP Morgan Chase Legal Department, 900 Highway 9 North, Woodbridge, NJ 07095-0000 |
| 519696501 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 10 2024 20:51:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519696506 | + | Email/Text: BKEBN-Notifications@ocwen.com | Jan 10 2024 20:50:00 | PHH Mortgage Corporation, 2001 Bishops Gate Blvd., Attn: Bankruptcy Dept., Mt. Laurel, NJ 08054-4604 |
| 519931655 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2024 20:48:16 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519752237 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 10 2024 20:50:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519696512 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jan 10 2024 20:50:00 | State of New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519696510 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 10 2024 20:51:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519696515 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2024 21:03:49 | Syncb/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519696513 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2024 21:28:11 | Syncb/ban, PO Box 965005, Orlando, FL |

Case 22-16965-MBK    Doc 100    Filed 01/12/24    Entered 01/13/24 00:16:08    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2024 | Form ID: pdf905 | Total Noticed: 62 |

| Recip ID | Bypass Reason | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5005 |
| 519696514 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2024 21:03:50 | Syncb/l&t, PO Box 965015, Orlando, FL 32896-5015 |
| 519696516 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 10 2024 20:48:16 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519696518 | | Email/Text: bankruptcy@td.com | Jan 10 2024 20:51:00 | TD Bank, NA, PO Box 8400, Lewiston, ME 04243-8400 |
| 519696517 | | Email/Text: bankruptcy@td.com | Jan 10 2024 20:51:00 | Td Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519696521 | | Email/Text: bankruptcydepartment@tsico.com | Jan 10 2024 20:51:00 | Transworld Sys Inc/51, PO Box 15273, Wilmington, DE 19850-5273 |
| 519932404 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 10 2024 20:51:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 32

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519825916 | | The Bancorp |
| cr | *+ | The Bancorp Bank, 409 Silverside Road, Suite 105, Wilmington, DE 19809-1771 |
| 519698104 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519698105 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519698109 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519698110 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519698111 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| acc | ##+ | Bederson, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| 519696497 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 12, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 9, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Brian Gregory Hannon | on behalf of Trustee John Michael McDonnell bhannon@norgaardfirm.com sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang. |

Case 22-16965-MBK    Doc 100    Filed 01/12/24    Entered 01/13/24 00:16:08    Desc
Imaged Certificate of Notice    Page 6 of 6

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 10, 2024 | Form ID: pdf905 | Total Noticed: 62 |

| | |
|---|---|
| | b124931@notify.bestcase.com |
| Brian Thomas Crowley | on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com |
| Conika Majumdar | on behalf of Creditor Fidelity National Title Insurance Company conika.majumdar@fnf.com |
| Daniel E. Straffi | on behalf of Debtor John M. Reynolds bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Onslow Bay Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Onslow Bay Financial LLC dmcdonough@flwlaw.com |
| John O'Boyle | on behalf of Trustee John Michael McDonnell joboyle@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com, |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com, |
| Jules L. Rossi | on behalf of Petitioning Creditor Vincent Gifford jlrbk423@aol.com  G24529@notify.cincompass.com |
| Lyndsay E. Rowland | on behalf of Creditor The Bancorp Bank lrowland@starfieldsmith.com  mayers@starfieldsmith.com |
| Roger Serruto | on behalf of Creditor John Cunningham rserruto@serrutolaw.com  ldolan@serrutolaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 14