| UNITED STATES BANKRUPTCY COURT |
|---|
| DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| |
| In Re: |

Case No.: _____

Chapter: _____

Adv. No.: _____

Hearing Date: _____

Judge: _____

# CERTIFICATION OF SERVICE

1. I, _____ :

    ☐ represent _____ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On _____, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: _____     _____
                                                                                         Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>   (As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118 | Alexandria Nikolinos, Esq.<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | New Stream Capital<br>c/o The Serruto Law Firm, PC<br>60 Northfield Ave, Ste 2<br>West Orange, NJ 07052 |
| Vincent Gifford<br>c/o Law Offices of Jules L. Rossi<br>560 Main Street, Ste 1C<br>Loch Arbor, NJ 07711 | Fidelity National Title Insurance Co.<br>c/o Attn: Conika Majumdar, Esq.<br>103 Eisenhower Parkway, Suite 213<br>Roseland, New Jersey 07068 | John Cunningham<br>205 Worthington Ave<br>Spring Lake, NJ 07762-1643 |
| John M. McDonnell, Esq.<br>McDonnell, Crowley, LLC<br>115 Maple Avenue, Suite 201<br>Red Bank, NJ 07701 | Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Discover Bank<br>Discover Products, Inc.<br>PO Box 3025<br>New Albany, OH 43054 |
| Capital One<br>c/o American Infosource<br>4515 N Santa Fe Ave.<br>Oklahoma City, OK 73118 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Jessica Aichorn, BK Specialist<br>Internal Revenue Service<br>51 Haddonfield Road, Ste. 300<br>Cherry Hill, NJ 08002 |
| State of NJ Division of Taxation<br>Attn: Richard Flatch<br>PO Box 245<br>Trenton, NJ 08695 | Midland Funding, LLC<br>c/o Pressler, Felt & Warshaw, LLP<br>7 Entin Road<br>Parsippany, NJ 07054 | TD Bank, NA<br>c/o Ostrowitz & Ostrowitz<br>225 Gordons Corner Rd, Ste. 1-J<br>Manalapan, NJ 07726 |
| Rubin Ehrlich & Buckley, PC<br>700 Alexander Park Dr, Ste. 103<br>Princeton, NJ 08540 | Coast Capital Partners, LLC<br>c/o Chryssa Yaccarino, Esq<br>1011 Highway 71, Ste. 200<br>Spring Lake, NJ 07762 | NJ Department of Labor<br>Div. of Wage & Hour Compliance<br>PO Box 389<br>Trenton, NJ 08625-0389 |
| John M. Reynolds<br>221 Howell Ave<br>Spring Lake, NJ 07762-1708 | Allied Digestive Health<br>101 Grovers Mill Rd<br>Lawrenceville, NJ 08648-4706 | Apple Card/Gs Bank USA<br>PO Box 6112<br>Philadelphia, PA 19115 |
| Capital One/Neiman Marcus<br>PO Box 30253<br>Salt Lake City, UT 84130-0253 | Daniel E. Straffi, Esq.<br>Straffi & Straffi, LLC<br>670 Commons Way<br>Toms River, NJ 08755 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Credit One Bank<br>Attn: Bankruptcy Dept<br>PO Box 98873<br>Las Vegas, NV 89193-8873 | Waterfall Revenue Group<br>101 Grovers Mill Rd<br>Lawrenceville, NJ 08648-4706 | Discover Bank<br>PO Box 30939<br>Salt Lake City, UT 84130-0939 |
| Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 | Essex Fells Country Club<br>219 Devon Rd<br>Essex Fells, NJ 07021-1501 | Goldman Sachs Bank USA<br>Attn: Bankruptcy<br>PO Box 70379<br>Philadelphia, PA 19019-0379 |

| | | |
|---|---|---|
| Jersey Shore Anesthesiology<br>PO Box 307<br>Neptune, NJ 07754-0307 | Transworld Sys Inc/51<br>PO Box 15273<br>Wilmington, DE 19850-5273 | JP Morgan Chase Legal Dept<br>900 Highway 9 North<br>Woodbridge, NJ 07095-0000 |
| KML Law Group, PC<br>216 Haddon Ave Ste 406<br>Westmont, NJ 08108-2812 | Kromer Law Firm, LLC<br>208 Main St Ste 201<br>Asbury Park, NJ 07712-7033 | Lyndsay E. Rowland, Esq.<br>1300 Virginia Dr Ste 325<br>Fort Washington, PA 19034-3223 |
| Midland Funding, LLC<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123 | Oakhurst Ocean Surgical<br>PO Box 15273<br>Wilmington, DE 19850-5273 | Orthopaedics New Jersey<br>2315 Highway 34 Ste D<br>Manasquan, NJ 08736-1444 |
| PHH Mortgage Corporation<br>2001 Bishops Gate Blvd.<br>Attn: Bankruptcy Dept.<br>Mt. Laurel, NJ 08054-0000 | Receivable Collection Services, LLC<br>170 Jericho Tpke Ste 204<br>Floral Park, NY 11001-2024 | Select Portfolio Servicing<br>PO Box 65250<br>Salt Lake City, UT 84165-0000 |
| Spring Lake Borough<br>PO Box 638<br>Spring Lake, NJ 07762-0638 | State of New Jersey Division of Taxation<br>PO Box 245<br>Trenton, NJ 08695-0245 | Syncb/ban<br>PO Box 965005<br>Orlando, FL 32896-5005 |
| Syncb/Lord & Taylor<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Banana Rep<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | Td Bank, N.A.<br>Attn: Bankruptcy<br>32 Chestnut St<br>Lewiston, ME 04240-7744 |
| The Bancorp Bank<br>409 Silverside Rd Ste 105<br>Wilmington, DE 19809-1771 | | |