UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, New Jersey 07631
Telephone No. (201) 871-1333
Counsel to Chapter 7 Trustee
John M. McDonnell
By:  Brian G. Hannon, Esq. (BH-3645)
        bhannon@norgaardfirm.com
        John O'Boyle, Esq. (JO-6337)
        joboyle@norgaardfirm.com

Order Filed on February 2, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

        JOHN M. REYNOLDS,

                        Debtor.

Case No.:            22-16965

Chapter:              7

Judge:      Michael B. Kaplan

## ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE

The relief set forth on the following pages, numbered two (2) and three (3), is hereby **ORDERED**.

DATED: February 2, 2024

Honorable Michael B. Kaplan
United States Bankruptcy Judge

After review of the application of ___John M. McDonnell, Chapter 7 Trustee___ for the reduction of time for a hearing on ___Motion for Turnover of Possession of Real Property Pursuant to Banruptcy___ ___Code Sec. 542(a)_____under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on _____February 8, 2024_____ at _10:00 am_ in the United States Bankruptcy Court, _____402 East State Street,  Trenton, New Jersey 08608_____, Courtroom No. ___8___ .

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: _Debtor, Debtor's Counsel, Debtor's Spouse_____

_____

by ☐ each, ☒ any of the following methods selected by the Court:

☐ fax,  ☒ overnight mail,  ☐ regular mail,  ☒ email,  ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties:

_____

_____

by ☐ each, ☐ any of the following methods selected by the Court:

☐ fax,  ☐ overnight mail,  ☐ regular mail,  ☐ email,  ☐ hand delivery.

4. Service must be made:

☒ on the same day as the date of this order, or

☐ within _____ day(s) of the date of this Order.

5. Notice by telephone:

☒ is not required

☐ must be provided to _____,

☐ on the same day as the date of this Order, or

☐ within _____ day(s) of the date of this Order.

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to the motion/application identified above:

    ☐  must be filed with the Court and served on all parties in interest by electronic or overnight mail _____ day(s) prior to the scheduled hearing; or

    ☒  may be presented orally at the hearing.

8.    ☐  Court appearances are required to prosecute the motion/application and any objections.

    ☒  Parties may request to appear by phone by contacting Chambers prior to the return date.

*rev.1/12/22*