UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD, O'BOYLE & HANNON
184 Grand Avenue
Englewood, New Jersey 07631
Telephone No. (201) 871-1333
Counsel to Chapter 7 Trustee
John M. McDonnell
By:  Brian G. Hannon, Esq. *(BH-3645)*
     bhannon@norgaardfirm.com
     John O'Boyle, Esq. *(JO-6337)*
     joboyle@norgaardfirm.com

Order Filed on February 1, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Chapter 7

**In re:**

**JOHN M. REYNOLDS,**

**Debtor.**

Case No. 22-16965 MBK

Hearing Date:  February 1, 2024

**ORDER AUTHORIZING SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS
AND INTERESTS PURSUANT TO BANKRUPTCY CODE SEC. 363(b) and (f);
FOR RELIEF FROM THE 14-DAY STAY OF FED. R. BANKR. P. 6004(h);
AND FOR ABANDONMENT OF DEBTOR'S PERSONAL PROPERTY**

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: February 1, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: John M. Reynolds
Case No. 22-16965 MBK
Order Authorizing Sale of the Debtor's Real Property Free and Clear of Liens
And Interests Pursuant to Bankruptcy Code Sec. 363(b) and (f); for Relief from the 14-Day Stay of Fed. R. Bankr. P. 6004(h); and for Abandonment of Debtor's Personal Property
_____

THIS MATTER has come to the attention of the Court upon the motion of John M. McDonnell, the duly appointed Chapter 7 Trustee in the above-captioned case, for an order authorizing the sale of the real property known as 221 Howell Ave., Spring Lake, NJ (a/k/a Block 46, Lot 10 on the tax map of Spring Lake Borough, NJ) (the "Property"), for relief from the 14-day stay of Fed. R. Bankr. P. 6004(h); and for abandonment of the personal property located on the Property. Notice of the motion and hearing has been provided to all creditors and parties-in-interest. The Court has considered all objections to the motion and any competing offers to purchase the Property raised at or prior to the hearing. The Court finds good cause to make the following order.

IT IS ORDERED as follows:

1. Pursuant to Bankruptcy Code Sec. 363(b), (f) and (m), the Trustee is authorized to contract to sell the Property to John Cunningham or is Assignee pursuant to the terms and conditions of the Contract attached to the Application in support of the Trustee's motion.

2. Pursuant to Bankruptcy Code Sec. 363(f), the sale of the Property shall be free and clear of all liens, claims, encumbrances, and interests of any kind or nature, whether arising before or after the commencement of this case, and whether imposed by agreement, understanding, law, equity, or otherwise.

3. Pursuant to Bankruptcy Code Secs. 363(f) and 724(b), the sale of the Property shall be free and clear of any tax lien covering the Property, and any valid tax lien shall be subordinated to allowed priority claims as set forth in Code Sec. 724(b)(2).

4. The sale of the Property authorized herein is an arms-length transaction, and the purchaser John Cunningham is deemed to be a "good faith purchaser" entitled to the protections of Bankruptcy Code Sec. 363(m).

5. The sales of the Property authorized herein is made by a Trustee in Bankruptcy, and is therefore exempt from any realty transfer tax under N.J.S.A. 46:15-5 et seq. and the Bulk Sales Act.

6. The fourteen-day stay provisions of Fed. R. Bankr. P. 6004(h) are hereby waived.

7. The Trustee and the Purchaser are authorized to execute all contracts, agreements, amendments, deeds, and/or other documents and to take such other actions that may be necessary to fulfill the terms and provisions of the sale.

8. The failure specifically to include any particular provision of the Contract of Sale of Real Estate and/or Rider thereto shall not diminish or impair the efficacy of such provision, it being the intent of the Court that the Contract of Sale entered into between the Trustee and the Buyer be approved in its entirety.

9. Pursuant to Bankruptcy Code Sec. 554(a), effective as of the entry of this order, all personal property located on the real Property to be sold pursuant to this order shall be deemed abandoned.

10. This Court shall retain jurisdiction to interpret, implement and/or enforce this order.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16965-MBK |
| John M. Reynolds | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 01, 2024 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | John M. Reynolds, 221 Howell Ave, Spring Lake, NJ 07762-1708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2024        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Brian Gregory Hannon | on behalf of Trustee John Michael McDonnell bhannon@norgaardfirm.com amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang.b124931@notify.bestcase.com |
| Brian Thomas Crowley | on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com |
| Conika Majumdar | on behalf of Creditor Fidelity National Title Insurance Company conika.majumdar@fnf.com |
| Daniel E. Straffi | on behalf of Debtor John M. Reynolds bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Onslow Bay Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Onslow Bay Financial LLC dmcdonough@flwlaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 01, 2024 | Form ID: pdf903 | Total Noticed: 1 |

John O'Boyle
    on behalf of Trustee John Michael McDonnell joboyle@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John Michael McDonnell
    jmcdonnell@mchfirm.com NJ95@ecfcbis.com,

John Michael McDonnell
    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,

Jules L. Rossi
    on behalf of Petitioning Creditor Vincent Gifford jlrbk423@aol.com G24529@notify.cincompass.com

Lyndsay E. Rowland
    on behalf of Creditor The Bancorp Bank lrowland@starfieldsmith.com mayers@starfieldsmith.com

Roger Serruto
    on behalf of Creditor John Cunningham rserruto@serrutolaw.com ldolan@serrutolaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 14