Form ntcqcmsgsvc

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−16965−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   John M. Reynolds
   aka Jack Reynolds, aka John Reynolds
   221 Howell Ave
   Spring Lake, NJ 07762−1708

Social Security No.:
   xxx−xx−4769

Employer's Tax I.D. No.:

---

## NOTICE OF CLERK'S QUALITY CONTROL MESSAGE

   Please be advised that on March 26, 2024, the court entered the following quality control message on the court's docket in the above−captioned case:

Clerk's Office Quality Control Message: Please note that Local Form Certification of Service must be filed in accordance with the appropriate service provisions. This local form can be found in the Forms section of the Courts website www.njb.uscourts.gov. (related document:121 Final Application for Compensation for Bederson, LLP, Accountant, period: 2/28/2023 to 3/26/2024, fee: $7,413.50, expenses: $39.65. Filed by Bederson, LLP. Hearing scheduled for 4/29/2024 at 10:00 AM at MBK − Courtroom 8, Trenton. (Attachments: # 1 Affidavit # 2 Proposed Order) filed by Accountant Bederson, LLP) (km)


Dated: March 26, 2024
JAN: km

                                                                     Jeanne Naughton
                                                                     Clerk