Form 137 − aplccmpn

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  22−16965−MBK
Chapter:  7
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    John M. Reynolds
    aka Jack Reynolds, aka John Reynolds
    221 Howell Ave
    Spring Lake, NJ 07762−1708

Social Security No.:
    xxx−xx−4769

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Michael B. Kaplan on:

Date:        4/29/24
Time:        10:00 AM
Location:    Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Bederson, LLP, Accountant

COMMISSION OR FEES
fee: $7,413.50

EXPENSES
expenses: $39.65

If this is a chapter 13 case, the fees and expenses awarded:

☐    will not reduce the amount to be paid to general unsecured
     creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
     creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 26, 2024
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: 

John M. Reynolds
     Debtor

Case No. 22-16965-MBK

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin            Page 1 of 4

Date Rcvd: Mar 26, 2024        Form ID: 137          Total Noticed: 62

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | John M. Reynolds, 221 Howell Ave, Spring Lake, NJ 07762-1708 |
| cr | + | Fidelity National Title Insurance Company, 601 Riverside Avenue, Jacksonville, FL 32204-2946 |
| cr | + | John Cunningham, New Stream Capital, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| sp | + | Norgaard, O'Boyle & Hannon, 184 Grand Avenue, 184 Grand Avenue, Englewood, NJ 07631-3578 |
| r | + | Ruggeri Realty, LLC, 2008 Rt. 37 East, Ste. 16, Toms River, NJ 08753-7185 |
| ptcrd | + | Vincent Gifford, Law Office of Jules L. Rossi, 560 Main St. 1C, Loch Arbour, NJ 07711-1232 |
| 519696480 | | Allied Digestive Health, 101 Grovers Mill Rd, Lawrenceville, NJ 08648-4706 |
| 519696486 | | Coast Capital Partners, LLC, RR 71, Spring Lake, NJ 07762 |
| 519696491 | + | Essex Fells Country Club, 219 Devon Rd, Essex Fells, NJ 07021-1598 |
| 519714333 | | Jennifer C. Reynolds, 221 Howell Ave, Spring Lake, NJ 07762-1708 |
| 519696494 | | Jersey Shore Anesthesiology, PO Box 307, Neptune, NJ 07754-0307 |
| 519696495 | | John Cunningham, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| 519740020 | + | John Cunningham + Worthington Capital LLC, c/o John Cunningham, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| 519696498 | | Kromer Law Firm, LLC, 208 Main St Ste 201, Asbury Park, NJ 07712-7033 |
| 519696499 | | Lynday E. Rowland, Esq., 1300 Virginia Dr Ste 325, Fort Washington, PA 19034-3223 |
| 519696500 | | Lyndsay E. Rowland, Esq., 13000 Virginia Dr Ste 325, Fort Washington, PA 19034 |
| 519696502 | | New Stream Secured Capital, LP, John Cunningham, Assignee, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| 519740021 | + | New Stream Secured Capital, LP, John Cunningham As, c/o John Cunningham, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| 519696503 | | Oakhurst Ocean Surgical Pavil, PO Box 15273, Wilmington, DE 19850-5273 |
| 519696504 | | OrthopaedicsNew Jersey, 2315 Highway 34 Ste D, Manasquan, NJ 08736-1444 |
| 519696505 | + | Ostrowitz & Ostrowitz, Esqs., 225 Gordons Corner Road, Suite 1-J, Manalapan, NJ 07726-3342 |
| 519696507 | | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 519696508 | | Receivable Collection Services, LLC, 170 Jericho Tpke Ste 204, Floral Park, NY 11001-2024 |
| 519696509 | # | Rubin Ehrlich & Buckley, PC, 3150 US Highway 1 Ste 310, Lawrence, NJ 08648-2420 |
| 519696511 | | Spring Lake Borough, PO Box 638, Spring Lake, NJ 07762-0638 |
| 519696519 | | Tdbnknorth, Greenville, SC 29601 |
| 519696520 | | The Bancorp Bank, 409 Silverside Rd Ste 105, Wilmington, DE 19809-1771 |
| 519696522 | | Vincent Gifford, c/o Kromer Law Firm, LLC, 208 Main St Ste 201, Asbury Park, NJ 07712-7033 |
| 519930278 | + | Vincent Gifford, c/o Law Office of Jules L. Rossi, 560 Main Street 1C, Loch Arbour, NJ 07711-1232 |
| 519696523 | | Waterfall Revenue Grou, 101 Grovers Mill Rd, Lawrenceville, NJ 08648-4706 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 26 2024 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2024 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519698103 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

District/off: 0312-3                          User: admin                                    Page 2 of 4

Date Rcvd: Mar 26, 2024                       Form ID: 137                              Total Noticed: 62

| | | | | |
|---|---|---|---|---|
| | | | Mar 26 2024 21:12:13 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519696481 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 26 2024 20:53:00 | Apple Card/Gs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 519696482 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2024 21:12:13 | Cap1/neimn, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 519696484 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2024 21:00:03 | Capital One, Attn: Bnakruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519696483 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2024 21:12:10 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519748958 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 26 2024 21:12:13 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519696485 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 26 2024 21:12:13 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519696487 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 26 2024 21:01:08 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519696488 | | Email/PDF: creditonebknotifications@resurgent.com | Mar 26 2024 21:01:12 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519696489 | | Email/Text: mrdiscen@discover.com | Mar 26 2024 20:52:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519732516 | | Email/Text: mrdiscen@discover.com | Mar 26 2024 20:52:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519696490 | | Email/Text: mrdiscen@discover.com | Mar 26 2024 20:52:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519696492 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Mar 26 2024 20:53:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 519707282 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2024 21:00:24 | Hackensack, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519696493 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Mar 26 2024 20:53:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 519696496 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 26 2024 21:12:09 | JP Morgan Chase Legal Department, 900 Highway 9 North, Woodbridge, NJ 07095-0000 |
| 519696501 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 26 2024 20:53:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519696506 | + | Email/Text: BKEBN-Notifications@ocwen.com | Mar 26 2024 20:53:00 | PHH Mortgage Corporation, 2001 Bishops Gate Blvd., Attn: Bankruptcy Dept., Mt. Laurel, NJ 08054-4604 |
| 519931655 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2024 21:12:12 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519752237 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 26 2024 20:53:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519696512 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Mar 26 2024 20:53:00 | State of New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519696510 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Mar 26 2024 20:54:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519696515 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2024 21:00:48 | Syncb/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519696513 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2024 21:11:57 | Syncb/ban, PO Box 965005, Orlando, FL |

District/off: 0312-3      User: admin      Page 3 of 4

Date Rcvd: Mar 26, 2024      Form ID: 137      Total Noticed: 62

| Recip ID | Bypass Reason | Notice Type / Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 32896-5005 |
| 519696514 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2024 21:11:56 | Syncb/l&t, PO Box 965015, Orlando, FL 32896-5015 |
| 519696516 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 26 2024 21:00:08 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519696518 | | Email/Text: bankruptcy@td.com | Mar 26 2024 20:54:00 | TD Bank, NA, PO Box 8400, Lewiston, ME 04243-8400 |
| 519696517 | | Email/Text: bankruptcy@td.com | Mar 26 2024 20:54:00 | Td Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519696521 | | Email/Text: bankruptcydepartment@tsico.com | Mar 26 2024 20:54:00 | Transworld Sys Inc/51, PO Box 15273, Wilmington, DE 19850-5273 |
| 519932404 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 26 2024 20:53:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 32

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519825916 | | The Bancorp |
| cr | *+ | The Bancorp Bank, 409 Silverside Road, Suite 105, Wilmington, DE 19809-1771 |
| 519698104 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519698105 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519698109 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519698110 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519698111 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| acc | ##+ | Bederson, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| 519696497 | ## | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |

TOTAL: 1 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Brian Gregory Hannon | on behalf of Trustee John Michael McDonnell bhannon@norgaardfirm.com amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang |

District/off: 0312-3                          User: admin                                    Page 4 of 4
Date Rcvd: Mar 26, 2024                       Form ID: 137                             Total Noticed: 62

|  |  |
|---|---|
|  | .b124931@notify.bestcase.com |
| Brian Gregory Hannon | on behalf of Spec. Counsel Norgaard  O'Boyle & Hannon bhannon@norgaardfirm.com, amartinez@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang .b124931@notify.bestcase.com |
| Brian Thomas Crowley | on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com |
| Brian Thomas Crowley | on behalf of Realtor Ruggeri Realty  LLC bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com |
| Conika Majumdar | on behalf of Creditor Fidelity National Title Insurance Company conika.majumdar@fnf.com |
| Daniel E. Straffi | on behalf of Debtor John M. Reynolds bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Onslow Bay Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Onslow Bay Financial LLC dmcdonough@flwlaw.com |
| John O'Boyle | on behalf of Trustee John Michael McDonnell joboyle@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb 124931@notify.bestcase.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com, |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com, |
| Jules L. Rossi | on behalf of Petitioning Creditor Vincent Gifford jlrbk423@aol.com  G24529@notify.cincompass.com |
| Lyndsay E. Rowland | on behalf of Creditor The Bancorp Bank lrowland@starfieldsmith.com  mayers@starfieldsmith.com |
| Roger Serruto | on behalf of Creditor John Cunningham rserruto@serrutolaw.com  ldolan@serrutolaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16