UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard, O'Boyle & Hannon
184 Grand Avenue
Englewood, NJ  07631
Attorneys for Chapter 7 Trustee
By:  Brian G. Hannon, Esq. (BH - 3645)
      bhannon@norgaardfirm.com

Order Filed on April 8, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

John M. Reynolds,

Debtor.

| | |
|---|---|
| Case No.: | 22-16965 |
| Hearing Date: | 4/08/2024 |
| Judge: | Michael B. Kaplan |
| Chapter: | 7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 8, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Norgaard, O'Boyle & Hannon | $80,285.00 | $757.48 |

*rev.8/1/15*