**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
Brian T. Crowley
bcrowley@mchfirm.com
*Counsel to John M. McDonnell,*
*Chapter 7 Trustee*



**Order Filed on April 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>JOHN M. REYNOLDS,<br><br>        Debtor. | Case No. 22-16965 (MBK)<br><br>Honorable Michael B. Kaplan<br><br>Chapter 7 |

### ORDER AUTHORIZING TRUSTEE TO DESTROY
### AND/OR ABANDON CERTAIN BOOKS AND RECORDS
### OF DEBTOR; AND GRANTING RELATED RELIEF

The relief set forth on the following page numbered two (2), is hereby **ORDERED**.

**DATED: April 19, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor:  John M. Reynolds.

Case No.:  22-16965 (MBK)

Caption of Order:  Order Authorizing Trustee to Destroy and/or Abandon Certain Books and Records of the Debtor; and Granting Related Relief

---

**THIS MATTER,** having been opened to the Court by John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of John M. Reynolds[1], the chapter 7 debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, upon the filing of a Motion for authorization to destroy and/or abandon certain books and records of the Debtor; and the Court having considered any opposition filed; and for good cause having been shown,

**IT IS ORDERED** that the Trustee, and/or the Trustee's professionals, be and hereby are authorized to abandon and/or destroy the Debtor's books and records.

---

[1] A/K/A/ Jack Reynolds; John Reynolds.