**McDonnell Crowley, LLC**
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
Brian T. Crowley
bcrowley@mchfirm.com
*Counsel to John M. McDonnell,
Chapter 7 Trustee*

**Order Filed on April 19, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>JOHN M. REYNOLDS,<br><br>Debtor. | Case No. 22-16965 (MBK)<br><br>Honorable Michael B. Kaplan<br><br>Chapter 7 |

### ORDER AUTHORIZING TRUSTEE TO DESTROY
### AND/OR ABANDON CERTAIN BOOKS AND RECORDS
### OF DEBTOR; AND GRANTING RELATED RELIEF

The relief set forth on the following page numbered two (2), is hereby **ORDERED**.

**DATED: April 19, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)

Debtor: John M. Reynolds.

Case No.: 22-16965 (MBK)

Caption of Order: Order Authorizing Trustee to Destroy and/or Abandon Certain Books and Records of the Debtor; and Granting Related Relief

---

**THIS MATTER,** having been opened to the Court by John M. McDonnell, the chapter 7 trustee (the "Trustee") for the estate of John M. Reynolds[1], the chapter 7 debtor (the "Debtor"), by and through his counsel, McDonnell Crowley, LLC, upon the filing of a Motion for authorization to destroy and/or abandon certain books and records of the Debtor; and the Court having considered any opposition filed; and for good cause having been shown,

**IT IS ORDERED** that the Trustee, and/or the Trustee's professionals, be and hereby are authorized to abandon and/or destroy the Debtor's books and records.

---

[1] A/K/A/ Jack Reynolds; John Reynolds.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-16965-MBK
John M. Reynolds  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3  User: admin  Page 1 of 2
Date Rcvd: Apr 19, 2024  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | # John M. Reynolds, 221 Howell Ave, Spring Lake, NJ 07762-1708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov |
| Brian Gregory Hannon | on behalf of Spec. Counsel Norgaard O'Boyle & Hannon bhannon@norgaardfirm.com, amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Brian Gregory Hannon | on behalf of Trustee John Michael McDonnell bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Brian Thomas Crowley | on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com |
| Brian Thomas Crowley | on behalf of Realtor Ruggeri Realty LLC bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 19, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Conika Majumdar
    on behalf of Creditor Fidelity National Title Insurance Company conika.majumdar@fnf.com

Daniel E. Straffi
    on behalf of Debtor John M. Reynolds bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Onslow Bay Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Douglas J. McDonough
    on behalf of Creditor Onslow Bay Financial LLC dmcdonough@flwlaw.com

John O'Boyle
    on behalf of Trustee John Michael McDonnell joboyle@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John Michael McDonnell
    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,

John Michael McDonnell
    jmcdonnell@mchfirm.com NJ95@ecfcbis.com,

Jules L. Rossi
    on behalf of Petitioning Creditor Vincent Gifford jlrbk423@aol.com G24529@notify.cincompass.com

Lyndsay E. Rowland
    on behalf of Creditor The Bancorp Bank lrowland@starfieldsmith.com mayers@starfieldsmith.com

Roger Serruto
    on behalf of Creditor John Cunningham rserruto@serrutolaw.com ldolan@serrutolaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16