UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McDonnell Crowley, LLC
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
Counsel to John M. McDonnell,

Order Filed on April 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN M. REYNOLDS,

            Debtor.

Case No.: 22-16965-MBK

Hearing Date: 4/22/24 at 10:00 am

Judge: Michael B. Kaplan

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 22, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| McDonnell Crowley, LLC<br>Counsel to John M. McDonnell,<br>Chapter 7 Trustee | $4,802.50 | $80.10 |

*rev.8/1/15*