| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>McDonnell Crowley, LLC<br>115 Maple Avenue<br>Red Bank, NJ 07701<br>(732) 383-7233<br>Brian T. Crowley<br>bcrowley@mchfirm.com<br>Counsel to John M. McDonnell, | Order Filed on April 22, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>JOHN M. REYNOLDS,<br><br>    Debtor. | Case No.:   22-16965 (MBK)<br><br>Hearing Date: _____<br><br>Judge:   Michael B. Kaplan<br><br>Chapter:   7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 22, 2024**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| Ruggeri Realty, LLC<br>Realtor to Chapter 7 Trustee | $31,000 | $0.00 |

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16965-MBK |
| John M. Reynolds | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2024:**

**Recip ID         Recipient Name and Address**
db         # John M. Reynolds, 221 Howell Ave, Spring Lake, NJ 07762-1708

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2024          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2024 at the address(es) listed below:

**Name                Email Address**

Alexandria Nikolinos
            on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov

Brian Gregory Hannon
            on behalf of Spec. Counsel Norgaard O'Boyle & Hannon bhannon@norgaardfirm.com,
            amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian
            g.b124931@notify.bestcase.com

Brian Gregory Hannon
            on behalf of Trustee John Michael McDonnell bhannon@norgaardfirm.com
            amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian
            g.b124931@notify.bestcase.com

Brian Thomas Crowley
            on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com

Brian Thomas Crowley
            on behalf of Realtor Ruggeri Realty  LLC bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Conika Majumdar
    on behalf of Creditor Fidelity National Title Insurance Company conika.majumdar@fnf.com

Daniel E. Straffi
    on behalf of Debtor John M. Reynolds bkclient@straffilaw.com
    g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
    on behalf of Creditor Onslow Bay Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas J. McDonough
    on behalf of Creditor Onslow Bay Financial LLC dmcdonough@flwlaw.com

John O'Boyle
    on behalf of Trustee John Michael McDonnell joboyle@norgaardfirm.com
    amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John Michael McDonnell
    on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,

John Michael McDonnell
    jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,

Jules L. Rossi
    on behalf of Petitioning Creditor Vincent Gifford jlrbk423@aol.com  G24529@notify.cincompass.com

Lyndsay E. Rowland
    on behalf of Creditor The Bancorp Bank lrowland@starfieldsmith.com  mayers@starfieldsmith.com

Roger Serruto
    on behalf of Creditor John Cunningham rserruto@serrutolaw.com  ldolan@serrutolaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16