**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

McDonnell Crowley, LLC
115 Maple Avenue
Red Bank, NJ 07701
(732) 383-7233
bcrowley@mchfirm.com
Brian T. Crowley
Counsel to John M. McDonnell,

Order Filed on April 22, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

JOHN M. REYNOLDS,

            Debtor.

Case No.: 22-16965-MBK

Hearing Date: 4/22/24 at 10:00 am

Judge: Michael B. Kaplan

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 22, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| McDonnell Crowley, LLC<br>Counsel to John M. McDonnell,<br>Chapter 7 Trustee | $4,802.50 | $80.10 |

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16965-MBK |
| John M. Reynolds | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | John M. Reynolds, 221 Howell Ave, Spring Lake, NJ 07762-1708 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Apr 24, 2024 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2024 at the address(es) listed below:

**Name**         **Email Address**

Alexandria Nikolinos
    on behalf of U.S. Trustee U.S. Trustee alexandria.nikolinos@usdoj.gov

Brian Gregory Hannon
    on behalf of Spec. Counsel Norgaard O'Boyle & Hannon bhannon@norgaardfirm.com, amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang.b124931@notify.bestcase.com

Brian Gregory Hannon
    on behalf of Trustee John Michael McDonnell bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.briang.b124931@notify.bestcase.com

Brian Thomas Crowley
    on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com bcrowley@mcdonnellcrowley.com

Brian Thomas Crowley
    on behalf of Realtor Ruggeri Realty LLC bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 22, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Conika Majumdar
 on behalf of Creditor Fidelity National Title Insurance Company conika.majumdar@fnf.com

Daniel E. Straffi
 on behalf of Debtor John M. Reynolds bkclient@straffilaw.com
 g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
 on behalf of Creditor Onslow Bay Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Douglas J. McDonough
 on behalf of Creditor Onslow Bay Financial LLC dmcdonough@flwlaw.com

John O'Boyle
 on behalf of Trustee John Michael McDonnell joboyle@norgaardfirm.com
 amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John Michael McDonnell
 on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com NJ95@ecfcbis.com,

John Michael McDonnell
 jmcdonnell@mchfirm.com NJ95@ecfcbis.com,

Jules L. Rossi
 on behalf of Petitioning Creditor Vincent Gifford jlrbk423@aol.com G24529@notify.cincompass.com

Lyndsay E. Rowland
 on behalf of Creditor The Bancorp Bank lrowland@starfieldsmith.com mayers@starfieldsmith.com

Roger Serruto
 on behalf of Creditor John Cunningham rserruto@serrutolaw.com ldolan@serrutolaw.com

U.S. Trustee
 USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16