| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>John Michael McDonnell<br>115 Maple Avenue<br>Suite 201<br>Red Bank, NJ 07701<br>Chapter 7 Trustee | Order Filed on July 15, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>JOHN M. REYNOLDS<br>SS # XXX-XX-4769<br><br>SS # | Case No.: 22-16965<br><br>Judge: Michael B. Kaplan |

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: July 15, 2024**

*/s/ Michael B. Kaplan*

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
Debtor: REYNOLDS, JOHN M.
Case No.: 22-16965-MBK
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $76,000.00 is reasonable compensation for the services in this case by John Michael McDonnell, trustee; that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, that 63.60 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.