| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>John Michael McDonnell<br>115 Maple Avenue<br>Suite 201<br>Red Bank, NJ 07701<br>Chapter 7 Trustee | Order Filed on July 15, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>JOHN M. REYNOLDS<br>SS # XXX-XX-4769<br><br>SS # | Case No.: 22-16965<br><br>Judge: Michael B. Kaplan |

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**

**DATED: July 15, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**Page 2**
Debtor: REYNOLDS, JOHN M.
Case No.: 22-16965-MBK
Caption of Order: Order Awarding Trustee's Compensation and Expenses

---

Upon consideration of the foregoing application for compensation and after notice as prescribed by bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $76,000.00 is reasonable compensation for the services in this case by John Michael McDonnell, trustee; that such sum does not exceed the limitations prescribed by section 326 of the Bankruptcy Code, that 63.60 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16965-MBK |
| John M. Reynolds | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 15, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2024:**

**Recip ID        Recipient Name and Address**
db              \#  John M. Reynolds, 221 Howell Ave, Spring Lake, NJ 07762-1708

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2024             Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2024 at the address(es) listed below:

**Name                     Email Address**

Alexandria Nikolinos
             on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov

Brian Gregory Hannon
             on behalf of Spec. Counsel Norgaard  O'Boyle & Hannon bhannon@norgaardfirm.com,
             amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com

Brian Gregory Hannon
             on behalf of Trustee John Michael McDonnell bhannon@norgaardfirm.com
             amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com

Brian Thomas Crowley
             on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com

Brian Thomas Crowley
             on behalf of Realtor Ruggeri Realty  LLC bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com

District/off: 0312-3      User: admin      Page 2 of 2

Date Rcvd: Jul 15, 2024      Form ID: pdf903      Total Noticed: 1

Conika Majumdar
: on behalf of Creditor Fidelity National Title Insurance Company conika.majumdar@fnf.com

Daniel E. Straffi
: on behalf of Debtor John M. Reynolds bkclient@straffilaw.com
  g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com

Denise E. Carlon
: on behalf of Creditor Onslow Bay Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Douglas J. McDonough
: on behalf of Creditor Onslow Bay Financial LLC dmcdonough@flwlaw.com

John O'Boyle
: on behalf of Trustee John Michael McDonnell joboyle@norgaardfirm.com
  amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb124931@notify.bestcase.com

John Michael McDonnell
: on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,

John Michael McDonnell
: jmcdonnell@mchfirm.com  NJ95@ecfcbis.com,

Jules L. Rossi
: on behalf of Petitioning Creditor Vincent Gifford jlrbk423@aol.com  G24529@notify.cincompass.com

Lyndsay E. Rowland
: on behalf of Creditor The Bancorp Bank lrowland@starfieldsmith.com  mayers@starfieldsmith.com

Roger Serruto
: on behalf of Creditor John Cunningham rserruto@serrutolaw.com  ldolan@serrutolaw.com

U.S. Trustee
: USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 16