Form cscnodsc − ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 22−16965−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  John M. Reynolds
  aka Jack Reynolds, aka John Reynolds
  221 Howell Ave
  Spring Lake, NJ 07762−1708

Social Security No.:
  xxx−xx−4769

Employer's Tax I.D. No.:

---

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

- ☐ Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

- ☐ Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☐ Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

- ☑ Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

- ☐ Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

- ☐ An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.

Dated: September 17, 2024
JAN: gan

                                           Jeanne Naughton
                                           Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-16965-MBK |
| John M. Reynolds | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 17, 2024 | Form ID: cscnodsc | Total Noticed: 62 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | John M. Reynolds, 221 Howell Ave, Spring Lake, NJ 07762-1708 |
| cr | + | Fidelity National Title Insurance Company, 601 Riverside Avenue, Jacksonville, FL 32204-2946 |
| cr | + | John Cunningham, New Stream Capital, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| r | + | Ruggeri Realty, LLC, 2008 Rt. 37 East, Ste. 16, Toms River, NJ 08753-7185 |
| ptcrd | + | Vincent Gifford, Law Office of Jules L. Rossi, 560 Main St. 1C, Loch Arbour, NJ 07711-1232 |
| 519696480 | | Allied Digestive Health, 101 Grovers Mill Rd, Lawrenceville, NJ 08648-4706 |
| 519696486 | | Coast Capital Partners, LLC, RR 71, Spring Lake, NJ 07762 |
| 519696491 | + | Essex Fells Country Club, 219 Devon Rd, Essex Fells, NJ 07021-1598 |
| 519714333 | # | Jennifer C. Reynolds, 221 Howell Ave, Spring Lake, NJ 07762-1708 |
| 519696494 | | Jersey Shore Anesthesiology, PO Box 307, Neptune, NJ 07754-0307 |
| 519696495 | | John Cunningham, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| 519740020 | + | John Cunningham + Worthington Capital LLC, c/o John Cunningham, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| 519696497 | | KML Law Group, PC, 216 Haddon Ave Ste 406, Westmont, NJ 08108-2812 |
| 519696498 | | Kromer Law Firm, LLC, 208 Main St Ste 201, Asbury Park, NJ 07712-7033 |
| 519696499 | | Lynday E. Rowland, Esq., 1300 Virginia Dr Ste 325, Fort Washington, PA 19034-3223 |
| 519696500 | | Lyndsay E. Rowland, Esq., 13000 Virginia Dr Ste 325, Fort Washington, PA 19034 |
| 519696502 | | New Stream Secured Capital, LP, John Cunningham, Assignee, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| 519740021 | + | New Stream Secured Capital, LP, John Cunningham As, c/o John Cunningham, 205 Worthington Ave, Spring Lake, NJ 07762-1643 |
| 519696503 | | Oakhurst Ocean Surgical Pavil, PO Box 15273, Wilmington, DE 19850-5273 |
| 519696504 | | OrthopaedicsNew Jersey, 2315 Highway 34 Ste D, Manasquan, NJ 08736-1444 |
| 519696505 | + | Ostrowitz & Ostrowitz, Esqs., 225 Gordons Corner Road, Suite 1-J, Manalapan, NJ 07726-3342 |
| 519696511 | | Spring Lake Borough, PO Box 638, Spring Lake, NJ 07762-0638 |
| 519696519 | | Tdbnknorth, Greenville, SC 29601 |
| 519696520 | | The Bancorp Bank, 409 Silverside Rd Ste 105, Wilmington, DE 19809-1771 |
| 519696522 | | Vincent Gifford, c/o Kromer Law Firm, LLC, 208 Main St Ste 201, Asbury Park, NJ 07712-7033 |
| 519930278 | + | Vincent Gifford, c/o Law Office of Jules L. Rossi, 560 Main Street 1C, Loch Arbour, NJ 07711-1232 |
| 519696523 | | Waterfall Revenue Grou, 101 Grovers Mill Rd, Lawrenceville, NJ 08648-4706 |

TOTAL: 27

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 17 2024 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 17 2024 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| sp | ^ | MEBN | Sep 17 2024 20:30:29 | Norgaard, O'Boyle & Hannon, 184 Grand Avenue, 184 Grand Avenue, Englewood, NJ 07631-3578 |

Case 22-16965-MBK    Doc 148    Filed 09/19/24    Entered 09/20/24 00:15:57    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 17, 2024 | Form ID: cscnodsc | Total Noticed: 62 |

| | | | | |
|---|---|---|---|---|
| 519698103 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 17 2024 20:48:52 | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519696481 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 17 2024 20:34:00 | Apple Card/Gs Bank USA, PO Box 6112, Philadelphia, PA 19115-6112 |
| 519696482 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2024 20:38:27 | Cap1/neimn, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 519696484 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2024 20:38:34 | Capital One, Attn: Bnakruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519696483 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2024 20:38:35 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 519748958 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 17 2024 20:48:56 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519696485 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 17 2024 20:38:31 | Capital One/Neiman Marcus/Bergdorf Goodm, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 519696487 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 17 2024 20:38:00 | Credit One Bank, Attn: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 519696488 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 17 2024 20:37:57 | Credit One Bank NA, PO Box 98872, Las Vegas, NV 89193-8872 |
| 519696489 | | Email/Text: mrdiscen@discover.com | Sep 17 2024 20:33:00 | Discover Bank, PO Box 30939, Salt Lake City, UT 84130-0939 |
| 519732516 | | Email/Text: mrdiscen@discover.com | Sep 17 2024 20:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519696490 | | Email/Text: mrdiscen@discover.com | Sep 17 2024 20:33:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 519696492 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 17 2024 20:34:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, PO Box 70379, Philadelphia, PA 19176-0379 |
| 519707282 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2024 20:38:01 | Hackensack, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519696493 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 17 2024 20:34:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 519696496 | | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 17 2024 20:48:46 | JP Morgan Chase Legal Department, 900 Highway 9 North, Woodbridge, NJ 07095-0000 |
| 519696501 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 17 2024 20:35:00 | Midland Funding, LLC, 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 519696506 | + | Email/Text: BKEBN-Notifications@ocwen.com | Sep 17 2024 20:33:00 | PHH Mortgage Corporation, 2001 Bishops Gate Blvd., Attn: Bankruptcy Dept., Mt. Laurel, NJ 08054-4604 |
| 519696507 | | Email/Text: customerservice@rcservicesllc.org | Sep 17 2024 20:34:00 | Receivable Collection, 170 Jericho Tpke, Floral Park, NY 11001-2024 |
| 519696508 | | Email/Text: customerservice@rcservicesllc.org | Sep 17 2024 20:34:00 | Receivable Collection Services, LLC, 170 Jericho Tpke Ste 204, Floral Park, NY 11001-2024 |
| 519931655 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 17 2024 20:38:01 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519752237 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 17 2024 20:33:00 | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519696512 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Sep 17 2024 20:33:00 | State of New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 519696510 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |

Case 22-16965-MBK    Doc 148    Filed 09/19/24    Entered 09/20/24 00:15:57    Desc
Imaged Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 17, 2024 | Form ID: cscnodsc | Total Noticed: 62 |

| Recip ID | Bypass Reason | Notice Type / Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Sep 17 2024 20:35:00 | Select Portfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519696515 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2024 20:38:10 | Syncb/Lord & Taylor, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519696513 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2024 20:38:25 | Syncb/ban, PO Box 965005, Orlando, FL 32896-5005 |
| 519696514 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2024 20:38:15 | Syncb/l&t, PO Box 965015, Orlando, FL 32896-5015 |
| 519696516 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 17 2024 20:38:35 | Synchrony Bank/Banana Republic, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 519696518 | | Email/Text: bankruptcy@td.com | Sep 17 2024 20:35:00 | TD Bank, NA, PO Box 8400, Lewiston, ME 04243-8400 |
| 519696517 | | Email/Text: bankruptcy@td.com | Sep 17 2024 20:35:00 | Td Bank, N.A., Attn: Bankruptcy, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 519696521 | | Email/Text: bankruptcydepartment@tsico.com | Sep 17 2024 20:35:00 | Transworld Sys Inc/51, PO Box 15273, Wilmington, DE 19850-5273 |
| 519932404 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 17 2024 20:35:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 35

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519825916 | | The Bancorp |
| cr | *+ | The Bancorp Bank, 409 Silverside Road, Suite 105, Wilmington, DE 19809-1771 |
| 519698104 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519698105 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519698109 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519698110 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519698111 | *+ | Ally Financial, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| acc | ##+ | Bederson, LLP, 347 Mt. Pleasant Avenue, West Orange, NJ 07052-2749 |
| 519696509 | ## | Rubin Ehrlich & Buckley, PC, 3150 US Highway 1 Ste 310, Lawrence, NJ 08648-2420 |

TOTAL: 1 Undeliverable, 6 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 17, 2024 at the address(es) listed below:

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 17, 2024 | Form ID: cscnodsc | Total Noticed: 62 |

| Name | Email Address |
|---|---|
| Alexandria Nikolinos | on behalf of U.S. Trustee U.S. Trustee Alexandria.M.Nikolinos@hud.gov |
| Brian Gregory Hannon | on behalf of Trustee John Michael McDonnell bhannon@norgaardfirm.com amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Brian Gregory Hannon | on behalf of Spec. Counsel Norgaard  O'Boyle & Hannon bhannon@norgaardfirm.com, amartinez@norgaardfirm.com;crose@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;hannon.brian g.b124931@notify.bestcase.com |
| Brian Thomas Crowley | on behalf of Trustee John Michael McDonnell bcrowley@mchfirm.com  bcrowley@mcdonnellcrowley.com |
| Brian Thomas Crowley | on behalf of Realtor Ruggeri Realty  LLC bcrowley@mchfirm.com, bcrowley@mcdonnellcrowley.com |
| Conika Majumdar | on behalf of Creditor Fidelity National Title Insurance Company conika.majumdar@fnf.com |
| Daniel E. Straffi | on behalf of Debtor John M. Reynolds bkclient@straffilaw.com g25938@notify.cincompass.com;jrdanielsb124806@notify.bestcase.com |
| Denise E. Carlon | on behalf of Creditor Onslow Bay Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Onslow Bay Financial LLC dmcdonough@flwlaw.com  NRodriguez@flwlaw.com |
| John O'Boyle | on behalf of Trustee John Michael McDonnell joboyle@norgaardfirm.com amartinez@norgaardfirm.com;kcimmino@norgaardfirm.com;crose@norgaardfirm.com;dtakach@norgaardfirm.com;o'boyle.johnb 124931@notify.bestcase.com |
| John Michael McDonnell | jmcdonnell@mchfirm.com  NJ95@ecfcbis.com, |
| John Michael McDonnell | on behalf of Trustee John Michael McDonnell jmcdonnell@mchfirm.com  NJ95@ecfcbis.com, |
| Jules L. Rossi | on behalf of Petitioning Creditor Vincent Gifford jlrbk423@aol.com  G24529@notify.cincompass.com |
| Lyndsay E. Rowland | on behalf of Creditor The Bancorp Bank lrowland@starfieldsmith.com  mayers@starfieldsmith.com |
| Roger Serruto | on behalf of Creditor John Cunningham rserruto@serrutolaw.com  ldolan@serrutolaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16